UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KERRIE KISSANE,<br><br>  Plaintiff<br><br>v.<br><br>THE VONS COMPANIES, INC.,<br><br>  Defendant | Case No.: 2:25-cv-00414-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Kerrie Kissane's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Kissane's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 28, 2025.

DATED this 17th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE