1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Hope M. Conners, Esq.
   Nevada State Bar No. 16829
3  **BACKUS | BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
   (702) 872-5555
5  (702) 872-5545
   jburden@backuslaw.com
6  hopeconners@backkuslaw.com
7  Attorneys for Defendant
   *The Vons Companies, Inc.*
8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11  KERRIE KISSANE, an individual,          )   Case No. 2:25-cv-00414-APG-MDC
                                            )
12                            Plaintiff,    )   **STIPULATION AND ORDER RE**
                                            )   **DISMISSAL WITH PREJUDICE**
13       vs.                                )
                                            )
14  THE VONS COMPANIES, INC. d/b/a VONS,    )
15  a foreign corporation; and DOES I-V; and ROE )
    CORPORATIONS VI-X, inclusive            )
16                                          )
                            Defendants.     )
17  ─────────────────────────────────────

18       Plaintiff, KERRIE KISSANE, by and through her attorneys Craig W. Drummond, Esq. and

19  Joseph A. Tutone, Esq. of the DRUMMOND LAW FIRM and Defendant, THE VONS COMPANIES,

20  INC., by and through its attorneys, Jack P. Burden, Esq. and Hope M. Conners, Esq. of BACKUS |

21  BURDEN; hereby stipulate to dismiss all claims that have been brought and/or could have been

22  brought in the above titled litigation *with* prejudice.

23       This dismissal *does* completely resolve this entire matter.

24

25       Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

26  attorneys' fees and costs.

27  / / /

28

1    This stipulation is entered into in good faith, in the interests of judicial economy and not

2    for the purpose of delay. This case has not been set for Trial.

3    DATED: 7-23-25, 2025                    DATED: 7/23, 2025

4
      **BACKUS | BURDEN**                      DRUMMOND LAW FIRM
5
      By _____               By _____
6    Jack P. Burden, Esq.                     Craig W. Drummond, Esq.
      Hope M. Conners, Esq.                    Joseph A. Tutone, Esq.
7    3050 South Durango Drive                 3325 West Sahara Avenue
      Las Vegas, NV 89117                      Las Vegas, NV 89102
8    (702) 872-5555                           T: 702.CAPTAIN
      (702) 872-5545                           T: 702.366.9966 - F: 702.508.9440
9    jburden@backuslaw.com                    Craig@DrummondFirm.com
      hopeconners@backkuslaw.com               Joey@DrummondFirm.com
10   Attorneys for Defendant                  Attorneys for Plaintiff
11   *The Vons Companies, Inc.*

12

13                          **ORDER - 2:25-cv-00414-APG-MDC**

14
      **IT IS SO ORDERED**:
15

16   Dated:  July 24, 2025

17                                            _____

18                                            ANDREW P. GORDON
                                              CHIEF UNITED STATES DISTRICT JUDGE
19   Respectfully Submitted,
      **BACKUS | BURDEN**
20   By:    /s/
      Jack P. Burden, Esq.
21   Hope M. Conners, Esq.
      3050 South Durango Drive
22   Las Vegas, NV 89117
      *Attorneys for Defendant The Vons Companies, Inc.*
23

24

25

26

27

28

                                          2